The People of the State of New York ex rel. James G. Collins, Appellant, v. John F. Ahearn, as President of the Borough of Manhattan, City of New York, Respondent.— Judgment affirmed, with costs, on *People ex rel. Michales* v. *Ahearn* (111 App Div. 741) and *People ex rel. Collins* v. *Ahearn* (120 id. 95).

Leopold Spachner and David Kessler, Respondents, v. Jacob P. Adler and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Examination of the Witnesses Within the State of New York, in an Action in the New Jersey Supreme Court, Wherein Butterworth-Judson Company, a Corporation, etc., Is Plaintiff, and Central Railroad Company of New Jersey, a Corporation, etc., Is Defendant. George O. Waterman and Others, Appellants; Butterworth-Judson Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles P. Northrop, Respondent, v. Jacob D. Butler and Carrie Butler, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adolph Paltey and Gumpert Alexander, Appellants, v. Patrick B. Egan, Respondent, Impleaded with the Dearborn Construction Company and William Galway.— Order affirmed, with ten dollars costs and disbursements. No opinion.